Robert P. Goe – State Bar No. 137019
Charity J. Miller – State Bar No. 286481
**GOE & FORSYTHE, LLP**
18101 Von Karman Avenue, Suite 1200
Irvine, CA 92612
rgoe@goeforlaw.com
cmiller@goeforlaw.com

Telephone:  (949) 798-2460
Facsimile:   (949) 955-9437

Counsel for Dory Sarafin, Creditor

**FILED & ENTERED**

**OCT 06 2017**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** tatum    **DEPUTY CLERK**

**CHANGES MADE BY COURT**

<u>**NOT FOR PUBLICATION**</u>

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>ALFONSO SPINDOLA VALDOVINOS and ISABEL VALDOVINOS,<br><br>Debtors. | Case No. 2:17-bk-19557-RK<br><br>Chapter 7 Proceeding<br><br>**ORDER DENYING WITHOUT PREJUDICE MOTION FOR ORDER PURSUANT TO FEDERAL RULES OF BANKRUPTCY PROCEDURE 2004 AND 9016 FOR EXAMINATION OF AND PRODUCTION OF DOCUMENTS FROM:**<br>**1.  ALFONSO SPINDOLA VALDOVINOS; AND**<br>**2.  ISABEL VALDOVINOS**<br><br>[No Hearing Required – LBR 2004-1] |

Based on the Court's review of the Motion of Creditor Dory Sarafin ("Sarafin"), the Judgment Creditor of Alfonso Spindola Valdovinos ("A. Valdovinos") and Isabel Valdovinos ("I. Valdovinos") (collectively, the "Debtors") for entry of an order, pursuant to Federal Rules of Bankruptcy Procedure ("Rule") 2004 and Local Bankruptcy Rule ("LBR") 2004-1, authorizing Sarafin to conduct the oral examinations of the Debtors on November 1, 2017 at 10:00 a.m., in the office of Sarafin's counsel, Goe & Forsythe, LLP, located at 18101 Von Karman Avenue, Suite 1200, Irvine, CA 92612,  and requiring the Debtors to produce documents requested, as identified in the attached **Exhibit "1"** ("Production") by October 25, 2017 ("Motion") [Docket No. 17],

**IT IS ORDERED**:

1. The Motion is denied without prejudice because Sarafin failed to serve the motion on the Debtors personally as required by Local Bankruptcy Rule 2004-1(c) as opposed to their counsel. Absent a stipulation consenting to counsel service only, service of the Motion does not meet the requirements of the Local Bankruptcy Rules.

### 

Date: October 6, 2017

_____
Robert Kwan
United States Bankruptcy Judge